USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JESSE RODRIGUEZ,

         Petitioner,

        -against-

JAMES CONWAY, Superintendent, Attica
Correctional Facility & DEPARTMENT OF
CORRECTIONAL SERVICES,

         Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 9863 (JSR) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

The parties are to each provide a status letter to this Court by June 13, 2008 as to the status of Rodriguez's C.P.L. § 440 motion.

       SO ORDERED.

Dated:      New York, New York
              May 30, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies to:    Jesse Rodriguez (Mail)
                Susan Gliner, Esq. (Fax)
                Judge Jed S. Rakoff

C:\OPIN\